```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 07 B 11985
   MARK J HALSEY
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2791

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/05/2007 and was confirmed 09/17/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
--------------------------------------------------------------------------------
BANK OF OKLAHOMA           CURRENT MORTG     2212.14           .00        2212.14
BANK OF OKLAHOMA           MORTGAGE ARRE    12161.26           .00            .00
GMAC                       UNSEC W/INTER     4073.01           .00            .00
ARMOR SYSTEMS CO           UNSEC W/INTER NOT FILED             .00            .00
ARMOR SYSTEMS CO           UNSEC W/INTER NOT FILED             .00            .00
ARMOR SYSTEMS CO           UNSEC W/INTER NOT FILED             .00            .00
CITIBANK USA               UNSEC W/INTER NOT FILED             .00            .00
LHR INC                    UNSEC W/INTER NOT FILED             .00            .00
NICOR GAS                  UNSEC W/INTER      186.04           .00            .00
PERFORMANCE CAPITAL MANA   UNSEC W/INTER NOT FILED             .00            .00
PORTFOLIO RECOVERY ASSOC   UNSEC W/INTER     4719.27           .00            .00
SAM'S CLUB                 UNSEC W/INTER NOT FILED             .00            .00
ROUNDUP FUNDING LLC        UNSEC W/INTER     4361.71           .00            .00
ALCHEMY LLC                UNSEC W/INTER     1697.22           .00            .00
RICHARD P KOMYATTE & ASS   UNSEC W/INTER      241.40           .00            .00
SECOND START               DEBTOR ATTY      2,960.00                       898.26
TOM VAUGHN                 TRUSTEE                                         212.68
DEBTOR REFUND              REFUND                                             .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   3,323.08

PRIORITY                                              .00
SECURED                                          2,212.14
UNSECURED                                             .00
ADMINISTRATIVE                                     898.26
TRUSTEE COMPENSATION                               212.68
DEBTOR REFUND                                         .00
                         ---------------    ---------------

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 11985 MARK J HALSEY
```

```
TOTALS                            3,323.08              3,323.08
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 04/23/08                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```